ORIGINAL

(Official Form 1) (10/05)

| United States Bankruptcy Court<br>Central District of California | VOLUNTARY PETITION |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**MERIDIAN HEALTH CARE MANAGEMENT, INC., a Delaware corporation** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(Include married, maiden and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(Include married, maiden and trade names): |
| Last four digits of Soc. Sec./Complete EIN or other Tax I.D. No. (If more than one, state all):<br>95-4752947 | Last four digits of Soc. Sec./Complete EIN or other Tax I.D. No. (If more than one, state all): |

| Street Address of Debtor (No. & Street, City, and State):<br>6200 Canoga Avenue<br>Woodland Hills, CA | ZIP CODE<br>91367 | Street Address of Debtor (No. & Street, City, and State): | ZIP CODE |
|---|---|---|---|
| County of Residence or of the<br>Principal Place of Business:    Los Angeles | | County Of Residence or of the<br>Principal Place of Business: | |
| Mailing Address of Debtor (If different from street address): | | Mailing Address of Joint Debtor (If different from street address): | |
| | ZIP CODE | | ZIP CODE |

| Location of Principal Assets of Business Debtor (If different from street address listed above):<br>**Same** | ZIP CODE |
|---|---|

| Type of Debtor (Form of Organization)<br>(Check one box) | Nature of Business<br>(Check all applicable boxes) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>☒ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and provide the information requested below.)<br><br>State type of entity: _____ | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Nonprofit Organization qualified under 15 U.S.C. § 501(c)(3) | ☒ Chapter 7    ☐ Chapter 11    ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 9    ☐ Chapter 12<br>☐ Chapter 13    ☐ Petition for Recognition of a Foreign Nonmain Proceeding |

| | Nature of Debt (Check one box) |
|---|---|
| | ☐ Consumer/Non-Business    ☒ Business |

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ☒ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments. (Applicable to individuals only.) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business as defined in 11 U.S.C. § 101(51D)<br>☐ Debtor is a not small business as defined in 11 U.S.C. § 101(51D)<br>--------------------------------<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts owed to non-insiders or affiliates are less than $2 million. |

| Statistical/Administrative Information | THIS SPACE FOR COURT USE ONLY |
|---|---|
| ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☒ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

| Estimated Number of Creditors | 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,001 |
|---|---|---|---|---|---|---|---|---|---|---|
| | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

| Estimated Assets | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|---|
| | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ |

| Estimated Debts | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|---|
| | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Official Form 1) (10/05)                                                                                    **FORM B1, Page 2**

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | **Name of Debtor(s)**<br>**MERIDIAN HEALTH CARE MANAGEMENT, INC., a Delaware corporation** |
|---|---|

| **Prior Bankruptcy Case Filed Within Last 8 Years** (If more than one, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15d of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)<br><br>☐  Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual<br>whose debts are primarily consumer debts)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United states code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by § 342(b) of the Bankruptcy Code.<br><br>X _____<br>    Signature of Attorney for Debtor(s)              Date |

| **Exhibit C** | **Certification Concerning Debt Counseling by Individual/Joint Debtor(s)** |
|---|---|
| Does the Debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br><br>☐  Yes, and Exhibit C is attached and made a part of this petition<br><br>☒  No | ☐  I/we have received approved budget and credit counseling during the 180-day period preceding the filing of this petition.<br><br>☐  I/we request a waiver of the requirement to obtain budget and credit counseling prior to filing based on exigent circumstances. (Must attach certification describing.) |

### Information Regarding the Debtor (Check the Applicable Boxes)

#### Venue (Check any applicable box)

☒  Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐  There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐  Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Statement by a Debtor Who Resides as a Tenant of Residential Property
*Check all applicable boxes.*

☐  Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord )

☐  Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐  Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

(Official Form 1) (10/05)                                                    FORM B1, Page 3

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s)<br>**MERIDIAN HEALTH CARE MANAGEMENT, INC., a Delaware corporation** |
|---|---|

## Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by § 342(b) of the Bankruptcy Code.

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X_____
Signature of Debtor
X_____
Signature of Joint Debtor

_____
Telephone Number (if not represented by attorney)

_____
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐  I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by § 1515 of title 11 are attached.

☐  Pursuant to § 1511 of title 11, United States Code, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X_____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

---

**Signature of Attorney**

X_____
Signature of Attorney for Debtor(s)

X_____
Printed Name of Attorney for Debtor(s)

PACHULSKI STANG ZIEHL YOUNG JONES & WEINTRAUB LLP
150 California Street, 15th Floor
San Francisco, CA 94111-4500
(415) 263-7000
(415) 263-7010 Fax

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation, and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19B is attached.

_____
Printed Name and title, if any,  of Bankruptcy Petition Preparer

_____
Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

---

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X_____
Signature of Authorized Individual

X_____Dolores B. Ross_____
Printed Name of Authorized Individual

X_____Acting President_____
Title of Authorized Individual

X_____March 3l____, 2006_____
Date

_____
Address

X_____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.*

**ORIGINAL**

## UNANIMOUS WRITTEN CONSENT OF THE BOARD OF DIRECTORS OF MERIDIAN HEALTH CARE MANAGEMENT, INC.

**WHEREAS**, the board of directors (the "Board") has determined that it is in the best interests of Meridian Health Care Management, Inc. (the "Company"), its creditors and other interested parties that the Company commence a Chapter 7 case by filing a voluntary petition under the provisions of Chapter 7 of Title 11, United States Code (the "Bankruptcy Code");

**IT IS HEREBY RESOLVED**, that in connection with this resolution, either Dolores Ross, Som Das or, Murrali Rangarajan, be, and she/he hereby is, authorized and empowered on behalf of, and in the name of, the Company to execute and verify or certify a petition under Chapter 7 of the Bankruptcy Code and to cause the same to be filed in the appropriate United States Bankruptcy Court (the "Bankruptcy Court") at such time as said authorized director executing the same shall determine; and

**RESOLVED**, that either of Dolores Ross, Mssrs. Das or Rangarajan, or the appropriate officers of the Company be, and hereby are, authorized and empowered on behalf of, and in the name of, the Company to execute and file all petitions, schedules, lists, and other papers and to take any and all actions that any of the authorized directors or officer may deem necessary, proper, or desirable in connection with the Chapter 7 case; and

**FURTHER RESOLVED**, that the appropriate officers of the Company be, and they hereby are, authorized and empowered to take or cause to be taken any and all such further actions, to execute and deliver any and all such further documents and instruments, and to pay such fees and expenses, all as such officers deem necessary or appropriate in order to fully carry out the intent and accomplish the purposes of these resolutions.

Dated: April 28, 2006

Som Das

Murrali Rangarajan

ORIGINAL

## STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LOCAL BANKRUPTCY RULE 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1.  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

NONE

2.  (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

N/A

3.  (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

NONE

4.  (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

N/A

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at _____, California.

_____
Debtor

Dated    March 31, 2006

_____
Joint Debtor

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

# UNITED STATES BANKRUPTCY COURT

# ORIGINAL

## CENTRAL DISTRICT OF CALIFORNIA

In re **MERIDIAN HEALTH CARE MANAGEMENT, INC., a Delaware corporation**
      Debtor

Case No.:

Chapter 7

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from schedules D, E and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities."

| | NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | AMOUNTS SCHEDULED | | |
|---|---|---|---|---|---|---|
| | | | | ASSETS | LIABILITIES | OTHER |
| A | Real Property | Yes | 1 | $1,507,367.88 | | |
| B | Personal Property | Yes | 6 | | | |
| C | Property Claimed As Exempt | No | 0 | | | |
| D | Creditors Holding Secured Claims | Yes | 2 | | $236,076.43 | |
| E | Creditors Holding Unsecured Priority Claims | Yes | 3 | | $830.00 | |
| F | Creditors Holding Unsecured Nonpriority Claims | Yes | 12 | | $3,002,549.41[1] | |
| G | Executory Contracts and Unexpired Leases | Yes | 3 | | | |
| H | Codebtors | Yes | 1 | | | |
| I | Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J | Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| | Total Number of sheets in All Schedules | | 28 | | | |
| | Total Assets | | | $1,507,367.88 | | |
| | Total Liabilities | | | | $3,239,455.84 | |

FORM B6
(10/05)

---

[1] This amount includes the unsecured non-priority portion of $540,343.29 from Schedule E.

In re MERIDIAN HEALTH CARE MANAGEMENT, INC., a Delaware corporation     Case No. 06-_____
         Debtor                                                                (If known)

# SCHEDULE A – REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G – Executory Contracts and Unexpired Leases.**

If any entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C – Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| NONE | | | | |
| | | | | |
| | | | | |
| | | | | |

Total ➤    $         0.00

(Report also on Summary of Schedules)

In re MERIDIAN HEALTH CARE MANAGEM...., INC., a Delaware corporation
Debtor

Case No. 06-_____
(If known)

# SCHEDULE B – PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "X" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C – Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G – Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." In providing the information requested in this schedule, do not include the name or address of a minor child. Simply state "a minor child."

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 01. Cash on hand. | X | | | |
| 02. Checking, savings, or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and home-stead associations, or credit unions, brokerage houses, or cooperatives. | | **Cash Management Fund** (Account No. 51143) Cadre Institutional Investors Trust c/o Network Health Financial Services 11845 W. Olympic Blvd. Los Angeles, CA 90064 | | $173.26 |
| | | **Operations - Business Checking** (Account No. 4622812) Preferred Bank 1801 Century Park East, Suite 100 Los Angeles, CA 90067 | | $658.35 |
| | | **General - Business Checking** (Account No. 4612299) Preferred Bank 1801 Century Park East, Suite 100 Los Angeles, CA 90067 | | $77,310.39 as of 5/11/06 |
| | | **Payroll - Business Checking** (Account No. 4612302) Preferred Bank 1801 Century Park East, Suite 100 Los Angeles, CA 90067 | | $7,830.20 |
| 03. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 04. Household goods and furnishing, including audio, video, and computer equipment. | X | | | |
| 05. Books, pictures and other art objects; antiques; stamp, coin, record, tape compact disc, and other collections or collectibles. | X | | | |
| 06. Wearing apparel. | X | | | |
| 07. Furs and jewelry. | X | | | |
| 08. Firearms and sports, photographic, and other hobby equipment | X | | | |
| 09. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | See Schedule G | | $0.00 |
| 10. Annuities. Itemize and name each issuer. | X | | | |

In re MERIDIAN HEALTH CARE MANAGEM..., F., INC., a Delaware corporation    Case No. 06-_____

Debtor    (If known)

## SCHEDULE B – PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH- OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 11 U.S.C. 21 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interst(s). 11 U.S.C. § 521(c); Rule 1007(b). | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars.. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | | Care Partners Network Management, LLC 1800 Harrison St., 22nd Fl. Oakland, CA 94612 | | UNKNOWN |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts Receivable. | | See ATTACHMENT 16 | | $1,420,171.68 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and non-contingent interests in estate of a decedent, death benefit plan, life insurance policy or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | 2 Potential litigation claims against former officers and directors | | UNKNOWN |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | | **Registered Trademarks:** PRIMERIDIAN, Reg No. 2,725,688, Registered 6/10/03 PRIMERIDIAN DIRECT, Reg. No. 2,726,597, Registered 6/17/03 WEBIPIX, Reg. No. 2,413,958, Registered 12/19/00 | | UNKNOWN |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |

In re MERIDIAN HEALTH CARE MANAGEM.... I, INC., a Delaware corporation          Case No. 06-_____
                    Debtor                                                                      (If known)

## SCHEDULE B – PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH- OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 26.  Boats, motors, and accessories. | X | | | |
| 27.  Aircraft and accessories | X | | | |
| 28.  Office equipment, furnishings, and supplies.[1] | | **See ATTACHMENT 28** | | UNKNOWN |
| 29.  Machinery, fixtures, equipment and supplies used in business. | X | | | |
| 30.  Inventory. | X | | | |
| 31.  Animals. | X | | | |
| 32.  Crop-growing or harvested.  Give particulars. | X | | | |
| 33.  Farming equipment and implements. | X | | | |
| 34.  Farm supplies, chemicals, and feed. | X | | | |
| 35.  Other personal property of any kind not already listed. Itemize. | | **Prepaid storage unit** Storage Etc. 6030 Canoga Avenue Woodland Hills, CA  91367 | | $1,224.00 |

___ continuation sheets attached     **TOTAL**➤

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules)

$1,507,367.88

---

[1] Note – various office furnishings were sold on April 27, 2006 for $120,875.

56689-001\DOCS_LA:150946.3

**ATTACHMENT 16 to SCHEDULE B**

**MERIDIAN HEALTH CARE MANAGEMENT, INC.**
**RECEIVABLE SCHEDULE**
**May 3, 2006**

| Acct # | | Balance 05/03/06 | Billings | Payments | Adj | Transf | Balance 05/03/06 |
|---|---|---:|---:|---:|---:|---:|---:|
| | **CONSULTING & DEVELOPMENT FEES** | | | | | | |
| 120-000-500 | Catholic Health Initiatives | 0.00 | | | | | 0.00 |
| 120-000-530 | MAIPIPA | 350.00 | | | | | 350.00 |
| | **Sub-Total** | **350.00** | **0.00** | **0.00** | **0.00** | **0.00** | **350.00** |
| | **MANAGEMENT FEES** | | | | | | |
| 120-000-056 | Brea Community Hospital | 0.00 | | | | | 0.00 |
| 120-000-028 | Center for Health Care | 0.00 | | | | | 0.00 |
| 120-000-021 | CHI - Franciscan | 0.00 | | | | | 0.00 |
| 120-000-022 | CHI - PHN | 0.00 | | | | | 0.00 |
| 120-000-023 | CHI - Evergreen MSO | 0.00 | | | | | 0.00 |
| 120-000-025 | Care Partners Network Manaement (Kaiser) | 0.00 | | | | | 0.00 |
| 120-000-027 | KPIC | 0.00 | | | | | 0.00 |
| 120-000-060 | Downey Alliance Medical Group | 0.00 | | | | | 0.00 |
| 120-000-017 | Alliance Pioneer Medical Group | 0.00 | | | | | 0.00 |
| 120-000-024 | Community Hospital Independent Pactitioners | 0.00 | | | | | 0.00 |
| 120-000-019 | DRMC-Alliance Pioneer Medical Group | 0.00 | | | | | 0.00 |
| 120-000-061 | DRMC-Downey Select Medical Group | 0.00 | | | | | 0.00 |
| 120-000-062 | DRMC-Downey Pioneer Medical Group | 0.00 | | | | | 0.00 |
| 120-000-010 | DRMC-Downey Reg Med Ctr-Downey Alliance | (0.00) | | | | | (0.00) |
| 120-000-054 | DRMC-Downey Regional Med Ctr-Caremore | 0.00 | | | | | 0.00 |
| 120-000-005 | Family Seniors Medical Group | 257,996.97 | | | | | 257,996.97 |
| 120-000-007 | Greater Chicago Medical Assoc. | 168,964.18 | 8,125.00 | (5,000.00) | | | 172,089.18 |
| 120-000-006 | Korean American Medical Group | 0.00 | | | | | 0.00 |
| 120-000-004 | Midcoast Care, Inc. | 192,377.61 | | | | | 192,377.61 |
| 120-000-013 | MED3000 | 0.00 | | | | | 0.00 |
| 120-000-036 | March Vision Care | 0.00 | | | | | 0.00 |
| 120-000-037 | Physicians Choice LLC | 0.00 | | | | | 0.00 |
| 120-000-030 | Northridge  IPA | 766,539.04 | | | | | 766,539.04 |
| 120-000-553 | Access Salud JEJJ, LLC | 0.00 | | | | | 0.00 |
| 120-000-544 | PacifiCare  - Lompoc | 0.00 | | | | | 0.00 |
| 120-000-057 | PacifiCare - Napa | 0.00 | | | | | 0.00 |
| 120-000-055 | PacifiCare - Oregon | 0.00 | | | | | 0.00 |
| 120-000-503 | PacifiCare - Pleasanton | 0.00 | | | | | 0.00 |
| 120-000-020 | PacifiCare-San Mateo | 0.00 | | | | | 0.00 |
| 120-000-556 | PacifiCare - Tulare | 0.00 | | | | | 0.00 |
| 120-000-042 | PacifiCare - Turlock | 0.00 | | | | | 0.00 |
| 120-000-059 | PacifiCare - Ventura | 0.00 | | | | | 0.00 |
| 120-000-034 | PacifiCare - Washington | 0.00 | | | | | 0.00 |
| 120-000-014 | PTPN | 0.00 | | | | | 0.00 |
| 120-000-058 | Sierra Chiropractic IPA | 0.00 | | | | | 0.00 |
| 120-000-052 | THIPA | 0.00 | | | | | 0.00 |
| 120-000-008 | UHP Health Care | 0.00 | | | | | 0.00 |
| | **Sub-Total** | **1,385,877.80** | **8,125.00** | **(5,000.00)** | **0.00** | **0.00** | **1,389,002.80** |
| | **OTHER RECEIVABLE** | | | | | | |
| | Other Receivables | | | | | | 0.00 |
| | Income Tax Receivable | 0.00 | | | | | 0.00 |
| | Employee Receivable | 0.00 | | | | | 0.00 |
| | **Sub-Total** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** |
| | **ALLOWANCE** | | | | | | |
| | Allowance for doubtful accounts | 33,943.88 | | | | | 33,943.88 |
| | **Sub-Total** | **33,943.88** | **0.00** | **0.00** | **0.00** | **0.00** | **33,943.88** |
| | **GRAND TOTAL** | **1,420,171.68** | **8,125.00** | **(5,000.00)** | **0.00** | **0.00** | **1,423,296.68** |

Attachment 28 to Schedule B
### Inventory of Office Equipment, Furnishings and Supplies

| Furniture | Quantity |
|---|---|
| Workstation Configuration - Cubicle | 235 |
| Workstation Configuration - Office | 37 |
| Workstation Chairs - Office and Conference Room | 181 |
| Workstation Chairs - Cubicle | 240 |
| Pictures | 58 |
| 2 Drawer File Cabinets | 66 |
| 3 Drawer File Cabinets | 64 |
| 4 Drawer File Cabinets | 5 |
| 5 Drawer File Cabinets | 29 |
| Bookcases | 5 |
| Double Door Storage Cabinets | 2 |
| White/Cork Boards | 4 |
| Trash Cans - Workstation | 311 |
| Trash Cans - Kitchen | 5 |
| Coat Stands | 6 |
| Sofas and Chairs | 11 |
| Kitchen Tables | 12 |
| Kitchen Chairs | 46 |
| Training Room Tables | 17 |
| Coffee and Side Tables | 26 |
| Reception Desks | 2 |
| Lamps | 1 |
| Desk Floor Mats | 237 |
| **Computer/Miscellaneous Equipment** | |
| Dell GX400 P4 | 2 |
| Dell GX620 P4 | 1 |
| Dell GX260 P4 | 59 |
| Dell GX150 P3 | 177 |
| Dell Optiplex 150 P3 | 38 |
| Dell Optiplex 260 P4 | 5 |
| Dell Centrino P4 | 2 |
| IBM Thinkpad | 13 |
| Gateway Misc. Computers | 19 |
| Phones - Lucent | 259 |
| Phones - Meridian | 56 |
| Phones - Conference Room | 3 |
| Phone Box | 1 |
| Phone UPS | 1 |
| Metal Shelving | 10 |
| Storage Racks | 2 |
| Server Racks | 5 |
| Routers | |
| Servers | |
| 15" Monitor | 59 |
| 17" Monitor | 19 |
| 20" Monitor | 128 |
| Flat Panel Monitors | 57 |
| Mice | 256 |
| Keyboards | 276 |
| Projectors | 3 |
| Retractable Projection Screens | 2 |
| AV Storage Unit | 1 |
| DVD Player | 2 |
| VCR Player | 2 |
| TVs | 1 |
| Scanners | 4 |
| Typewriters | 4 |
| Microwaves | 3 |
| Toasters | 2 |
| Refrigerators | 3 |
| Freezers | 1 |
| Dishwasher | 1 |

Attachment 2B to Schedule B
Inventory of Office Equipment, Furnishings and Supplies

| Furniture | Quantity |
|---|---|
| **Miscellaneous Office Supplies** | |
| Staplers | approx 100-150 |
| Staples | approx 100-150 |
| Tape dispensers | approx 100-150 |
| Tape | approx 100-150 |
| Letter openers - approx 200 | approx 200 |
| File trays - approx 500 | approx 500 |
| Paper - approx 5 cases | approx 5 case |
| Indexes - approx 100 | approx 100 |
| Glue sticks - approx 50-100 | approx 50-100 |
| Paper clips - approx 200 | approx 200 |
| Binder clips - approx 200 | approx 200 |
| Binders - approx 250 | approx 250 |
| White out - approx 50-100 | approx 50-100 |
| Highlighters - approx 200-300 | approx 200-300 |
| Pens/pencils - approx 500 - 750 | approx 500-750 |
| Book ends - approx 50 | approx 50 |
| Post-its - approx 300 | approx 300 |
| Labels - approx 25-50 packs | approx 25-50 packs |
| Foot rests - approx 50-75 | approx 50-75 |
| Alpha sorters - approx 50 | approx 50 |
| File folders - approx 25 boxes | approx 25 boxes |
| Hanging file folders - approx 500-1000 | approx 500-1,000 |

**Attachment 28 to Schedule B**
**Office Equipment, Furnishings, and Supplies**

| Description | # of Items |
|---|---|
| **3rd Floor** | |
| Printer - Sharp AR507 | 8 |
| Printer - HP Laserjet 8000N | 1 |
| Fax - Sharp FO-5700 | 1 |
| Fax - Sharp FO-6700 | 4 |
| Printer - HP Laserjet 4200tn | 1 |
| Fax - Sharp FO-4700 | 1 |
| Printer - HP Laserjet 5 | 1 |
| Fax - Sharp FO-6600 | 1 |
| Printer - HP Laserjet 4100tn | 2 |
| Printer - HP Laserjet 8150DN | 1 |
| **4th Floor** | |
| Printer-Sharp CN954 | 1 |
| Printer-Sharp CC091 | 1 |
| Printer-Sharp CN465 | 2 |
| Printer-Hitachi LP648 | 1 |
| Printer-Sharp CNG76 | 1 |
| Printer-HP AC192 | 1 |
| Printer-HP AC193 | 1 |
| Fax -Sharp AE102 | 1 |
| Fax-Sharp AE192 | 1 |
| Fax-Sharp AE102 | 1 |
| Fax-Sharp AD422 | 1 |
| | |
| **Pitney Bowes Equipment** | |
| Postage Machine | 1 |
| Folding Machine | 1 |

In re    MERIDIAN HEALTH CARE ...ANAGEMENT, INC.,
                    Debtor

Case No. _____

# SCHEDULE C – PROPERTY CLAIMED EXEMPT

Debtor claims the exemptions to which debtor is entitled under:

(Check one box)
- ☐    11 U.S.C. § 522(b)(2):
- ☐    11 U.S.C. § 522(b)(3):

☐    Check if debtor claims a homestead exemption that exceeds $125,000.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| None | | | |

ORIGINAL

In re MERIDIAN HEALTH CARE MANAGEMENT, INC., a Delaware corporation     Case No. 06-_____
             Debtor                                                            (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interest such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m). If secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITORS NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND A ACCOUNT NUMBER *(See Instructions Above)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL[1] | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 28202. 28203<br>Banc of America Leasing & Capital, LLC<br>2059 Northlake Parkway, 4th Flr South<br>Tucker, GA 30084 | | | Unknown<br>VALUE | | | | $1,754.09 | Unknown |
| ACCOUNT NO.<br>Bank of America, N.A.<br>PO Box 6179<br>Fresno, CA 93703-6179 | | | Unknown<br>VALUE $ | | | X | Unknown | Unknown |
| ACCOUNT NO. 24563127, 24563115, 24563188, 24563179, and 24563122<br>Citicorp Vendor Finance, Inc.<br>6200 Canoga Ave.<br>Woodland Hills, CA 91367<br>**or**<br>PO Box 728<br>Park Ridge, NJ 07656 | | | Unknown<br>VALUE $ | | | | $37,118.58 | Unknown |
| 2 continuation sheets attached | | | Subtotal ➢<br>(Total of this page) | | | | $37,118.58 | Unknown |
| | | | | | | | | |

---

[1] Note: Amounts shown are outstanding past due amounts and do **not** represent the remaining balance due on these capital leases/financings.

(Report total also on Summary of Schedules)

In re MERIDIAN HEALTH CARE MANAGEMENT, INC., a Delaware corporation
Debtor

Case No. 06-
(If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

| CREDITORS NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND A ACCOUNT NUMBER *(See Instructions Above)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL[1] | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 5128756457 5128756464, 6029258512<br>De Lage Landen Financial Services, Inc.<br>1111 Old Eagle School Road<br>Wayne, PA 19087 | | | Unknown<br>VALUE $ | | | | $95,081.22 | Unknown |
| ACCOUNT NO.<br>Employment Development Department<br>PO Box 826880<br>Sacramento, CA 94280 | | | Unknown<br>VALUE $ | X | | | Unknown | Unknown |
| ACCOUNT NO.<br>Fleet Business Corporation<br>1 South Wacker, 37th Fl<br>Chicago, IL 60606 | | | Unknown<br>VALUE $ | X | | | Unknown | Unknown |
| ACCOUNT NO. 43723271, 43915655, 44150910<br>GE Capital<br>PO Box 64233<br>Pittsburgh, PA 15264 | | | Unknown<br>VALUE $ | | | | $11,556.16 | Unknown |
| ACCOUNT NO. 222682, 227218, 231774 etc<br>Heartland Business Credit<br>390 Union Blvd. Ste 600<br>Lakewood, CO 80228 | | | Unknown<br>VALUE $ | | | | $25,755.96 | Unknown |
| ACCOUNT NO. 5832189 5774515<br>IBM Credit Corporation<br>1 North Castle Drive<br>Armonk, NY 10504-2575<br>**or**<br>IBM Credit / ATLANTA<br>P.O. BOX 534151<br>Atlanta, GA 30353-4151 | | | Unknown<br>VALUE $ | | | | $233,393.18 | Unknown |

Sheet no. 2 of 3 continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal ➤
(Total of this page)   $270,705.30

Total ➤
(Use only on last page)

(Report total also on Summary of Schedules)

In re MERIDIAN HEALTH CARE MANAGEMENT, INC., a Delaware corporation    Case No. 06-_____
        Debtor                                      (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

| CREDITORS NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND A ACCOUNT NUMBER *(See Instructions Above)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL[1] | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>MWB Business System<br>1111 Old Eagle School Road<br><br>Wayne, PA 19087 | | | Unknown<br><br>VALUE $ | | X | | Unknown | Unknown |
| ACCOUNT NO. 7668, 7686, 7736 etc<br>Secured Leasing, Inc.<br>222 N. Sepulveda Blvd., Ste 200<br>El Segundo, CA 90245 | | | Unknown<br><br>VALUE $ | | | | $38,980.19 | Unknown |
| ACCOUNT NO. 500-0017899-000, 500-0866163-000<br>U.S. Bancorp<br>1310 Madrid Street<br>Suite 101<br>Marshall, MN 56258 | | | Unknown<br><br>VALUE $ | | | | $8,965.55 | Unknown |
| ACCOUNT NO. 42038152<br>Wells Fargo Financial Leasing, Inc.<br>95 Rte 17 S<br>Paramus, NJ 07652 | | | Unknown<br><br>VALUE $ | | X | | Unknown | Unknown |
| _____ | | | | | | | | |
| _____ | | | | | | | | |
| Sheet no.3 of 3 continuation sheets attached to Schedule of Creditors Holding Secured Claims | | | Subtotal ➢<br>(Total of this page) | | | | $47,945.74 | Unknown |
| | | | | | | | $452,604.93 | |

56689-001\DOCS_LA:150943.4

In re MERIDIAN HEALTH CARE MANAGEMENT, a Delaware corporation          Case No. 06-_____
　　　　Debtor

ORIGINAL

### SCHEDULE E – CREDITORS, HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bank. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place and "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Repeat this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. If applicable, also report this total on the Means Test form.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

**Wages, salaries, and commissions**

Claims salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,000* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fisherman**

Claims of certain farmers and fishermen, up to [$4,000]* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to [$1,800]* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☒ **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs, duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

\* Amounts are subject to adjustment on April 1, 2007, and every three years thereafter with respect to cases commenced on or after date of adjustment.

2 continuation sheets attached

# SCHEDULE E – CREDITORS, HOLDING UNSECURED PRIORITY CLAIMS

## (Continuation Sheet)

Taxes and Certain Other Debtors Owed to
Governmental Units

TYPE OF PRIORITY

| CREDITORS NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions) | CODEBTOR | HUSBAND, WIFE, JOINT | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. 95-4752947<br><br>Internal Revenue Service<br>Ogden, UT  84201-0013 | | | Taxes | | | | $495,719.28 | $435,234.55 |
| Account No.<br><br>Franchise Tax Board<br>P.O. Box 942857<br>Sacramento, CA  94057 | | | Taxes | | X | | UNKNOWN | UNKNOWN |
| Account No. AUD-943<br><br>City of Los Angeles<br>Office of Finance<br>Los Angeles, CA 90053-0233 | | | Business Taxes | | | | $492,835.92 | UNKNOWN |
| Account No.  2005 40766193 & 49122028<br><br>County of Los Angeles, Treasurer and Tax Collector<br>P.O. Box 54018<br>Los Angeles, CA 90054-0018 | | | Taxes | | | | $40,362.72 | UNKNOWN |
| Account No.<br><br>Office of Finance<br>Special Desk Unit<br>200 North Spring Street, Room 101<br>Los Angeles, CA 90012 | | | Taxes | | X | | UNKNOWN | UNKNOWN |
| Account No.  EF 042099396 (95-4752957)<br><br>State Board of Equalization<br>P.O. Box 942879<br>Sacramento, CA  94279-8004 | | | Taxes | | | | $1,054.76 | $830.00 |

| | | | |
|---|---|---|---|
| Sheet no. 2 of 3 sheets attached to Schedule of Creditors Holding Priority Claims | Subtotal ➤<br>(Total of this page) | $1,054.76 | $1,884.76 |
| | Total ➤<br>(Use only on last page of the completed Schedule E.<br>Report total also on Summary of Schedules) | | |

# SCHEDULE E – CREDITORS, HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

Taxes and Certain Other Debtors Owed to
Governmental Units

TYPE OF PRIORITY

| CREDITORS NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions) | CODEBTOR | HUSBAND, WIFE, JOINT | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. 128068100016 <br><br> County Clerk – Recorder and Assessor <br> P.O. Box 159 <br> Santa Barbara, CA 93102-0159 | | | Taxes <br> Business and Property Tax 2006 for Santa Maria office | | X | | UNKNOWN | UNKNOWN |
| Account No. <br><br> Employment Development Dept. <br> State of California <br> PO Box 826880 <br> Sacramento, CA 94280 | | | Payroll Taxes | | X | | $320,088.84 | $315,248.57 |
| Account No.  T CD:72020 <br><br> State Comptroller <br> 111 E. 17ᵗʰ Street <br> Austin, TX 78774-0100 | | | Insurance Maintenance <br> (TPA license) | | | | $3,206.53 | UNKNOWN |
| Account No. <br><br><br> | | | | | | | | |
| Account No. <br><br><br> | | | | | | | | |

| Sheet no. 3 of 3 sheets attached to Schedule of Creditors Holding Priority Claims | Subtotal ➢ <br> (Total of this page) | $323,295.37 | $315,248.57 |
|---|---|---|---|
| | Total ➢ <br> (Use only on last page of the completed Schedule E. <br> Report total also on Summary of Schedules) | $1,353,268.05 | $751,313.12 |

In re MERIDIAN HEALTH CARE MANAGEMENT, INC., a Delaware corporation            Case No. 06-_____
                                    Debtor                                                    (If known)

# SCHEDULE F – CREDITORS, HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors do not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of the three columns.)

Report total of all claims on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITORS NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 168030<br>AMERICAN DIGITAL NETWORKS<br>P.O. BOX 6607<br>Annapolis, MD 21401 | | | Trade vendor | | | | $249.40 |
| Account No. 894597<br>AUTOMATIC DATA PROCESSING<br>P.O. BOX 78415<br>Phoenix, AZ 85062-8415 | | | Trade vendor | | | | $18.00 |
| Account No. 23062951<br>ADT SECURITY SERVICES<br>P.O. BOX 371956<br>Pittsburgh, PA 15250 | | | Trade vendor | | | | $601.75 |
| Account No. 00046705, 00046744, 00046789, etc<br>ALL TEMPORARIES,INC.<br>ACCTS.REC'BLE<br>La Mirada, CA 90637-0278 | | | Trade vendor | | | | $100,529.00 |
| Account No. 00028507<br>AMBASSADOR SERVICES<br>P.O. BOX 890287<br>CHARLOTTE, NC 28289-0287 | | | Trade vendor | | | | $533.76 |

20 continuation sheets attached

Subtotal ➢ $101,931.91

Total ➢
(Use only on last page of the completed Schedule F)
(Report also on Summary of Schedules)

In re MERIDIAN HEALTH CARE MANAGEMENT, INC., a Delaware corporation      Case No. 06-_____
                Debtor                                                 (If known)

# SCHEDULE F – CREDITORS, HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITORS NAME. MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. BRIS122706, MICA012606<br>AMERICAN EXPRESS/ FLORIDA<br>P.O. BOX 360001<br>Fort Lauderdale, FL 33336-0001 | | | Trade vendor | | | | $22,739.21 |
| Account No. 15637Q06<br>ADVANCE SYSTEMS CONCEPTS<br>1300 WOODFIELD RD, STE #3<br>Schaumburg, IL 60173 | | | Trade vendor | | | | $2,362.50 |
| Account No. 010106, 020106, 030106<br>AT & T TELECONFERENCE SER<br>P.O. BOX 2840<br>Omaha, NE 68103-2840 | | | Trade vendor | | | | $3,914.01 |
| Account No. 6774033004, 8613703003<br>AT&T / PHOENIX<br>P.O. BOX 78045<br>Phoenix, AZ 85062-8045 | | | Utilities | | | | $28,975.66 |
| Account No. N/A<br>AVAYA, INC<br>P.O. BOX 5332<br>NEW YORK, NY 10087-5332 | | | Utilities | | | | $5,157.15 |
| Account No. H54168-000, ZH5787-0000<br>Blue Shield of California<br>File 55331<br>Los Angeles, CA 90074 | | | Medical Insurance provider | X | X | | Unknown |
| Account No. N/A<br>CALIFORNIA CHAMBER OF COM<br>PO BOX 526020<br>Sacramento, CA 95852-6020 | | | Trade vendor | | | | $214.35 |
| Account No. 051005<br>CAL OAKS THERAPY CENTER<br>40974 California Oaks Ro<br>Murrieta, CA 92562 | | | Trade vendor | | | | $150.00 |
| Account No. 070805, 080105, 110405<br>CAMBRIDGE TRANSPORTATION<br>36392 TREASURY CENTER<br>Chicago, IL 60694-6300 | | | Trade vendor | | | | $68.00 |
| Account No. 4238, 4324, 4409, etc<br>CALIFORNIA ASSN OF PHYS G<br>915 Wilshire Blvd., Suit<br>Los Angeles, CA 90017 | | | Trade vendor | | | | $6,754.75 |

1 of 20 continuation sheets attached                                  Subtotal ➤     $7,187.10

Total ➤
(Use only on last page of the completed Schedule F)
(Report also on Summary of Schedules)

In re MERIDIAN HEALTH CARE MANAGEMENT, INC., a Delaware corporation                Case No. 06-_____
                          Debtor                                                              (If known)

## SCHEDULE F – CREDITORS, HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITORS NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br> Care Partners Network Management <br> 1800 Harrison St., 22nd Fl. <br> Oakland, CA 94612 | | | Joint Venture | X | X | | UNKNOWN |
| Account No. 10717 <br> Carnival Transportation <br> 18623 Ventura Blvd, <br> Tarzana, CA 91356 | | | Trade vendor | | | | $78.00 |
| Account No. 060314 <br> CDW Computer Centers, Inc. <br> 200 N. Milwaukee Avenue <br> Vernon Hills, IL 60061 | | | Trade vendor | | | | $558.44 |
| Account No. 14566A <br> Chaparral Business Machines <br> P.O. Box 3828 <br> Paso Robles, CA 93447 | | | Trade vendor | | | | $628.10 |
| Account No. 0512266-IN <br> CMS Communications <br> P.O. Box 790051 <br> Saint Louis, MO 63179-0051 | | | Utilities | | | | $28.99 |
| Account No. A2064582448; A2064582465 <br> Continental Casualty Company <br> CNA Plaza <br> Chicago, IL 60685 | | | Insurance Provider | X | X | | Unknown |
| Account No. 70326440, 70560116 <br> CSC <br> P.O. Box 13397 <br> Philadelphia, PA 19101-3397 | | | Trade vendor | | | | $1,628.00 |
| Account No. 32318, 68030, 68147 etc <br> Data Systems Worldwide, Inc. <br> 6110 Variel Avenue <br> Woodland Hills, CA 91367 | | | Trade vendor | | | | $10,534.62 |
| Account No. 8000079985, 8000094397 <br> Deloitte & Touche LLP <br> 350 South Grand Avenue <br> Los Angeles, CA 90071-3462 | | | Professional Services | | | | $50,857.00 |
| Account No. 8000094348, 8000151084 <br> Deloitte Tax LLP <br> 13943 Collection Center <br> Chicago, IL 60693 | | | Professional Services | | | | $12,340.00 |

2 of 20 continuation sheets attached

Subtotal ➢ | $75,359.62

Total ➢
(Use only on last page of the completed Schedule F)
(Report also on Summary of Schedules)

3

In re MERIDIAN HEALTH CARE MANAGEMENT, INC., a Delaware corporation

Case No. 06-_____

Debtor

(If known)

# SCHEDULE F – CREDITORS, HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITORS NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br> DHL EXPRESS <br> DHL Express <br> Houston, TX  77210-4723 | | | Trade vendor | | | | $2,953.67 |
| Account No. 2006MHCM01 <br> E4E INC <br> 3979 FREEDOM CIR <br> Santa Clara, CA  95054 | | | Payroll and other expenses advanced | | | | $604,421.45 |
| Account No. 248774488, 253432025 <br> EARTH LINK ,INC <br> P.O. BOX 530530 <br> ATLANTA, GA  30353-0530 | | | Utilities | | | | $2,490.84 |
| Account No. MHCM051120, MHCM051127, MHCM051211 etc <br> EDMUND JUNG & ASSOCIATES, <br> 10815 CANOGA AVENUE <br> Chatsworth, CA  91311 | | | Professional Services (computer Programming) | | | | $104,037.50 |
| Account No. 28201 <br> ELKO ASSET MANAGEMENT CO. <br> P.O. BOX 31682 <br> Tampa, FL  33631-3682 | | | Professional Services | | | | $1,601.28 |
| Account No. 25624, 25887, 26409 etc <br> EMERALD ISLE TROPICAL PLA INC <br> Montrose, CA  91021 | | | Trade vendor | | | | $4,773.86 |
| Account No. 20419 <br> EMPLOYEASE <br> 3295 RIVER EXCHANGE DRIV <br> Norcross, GA  30092-4220 | | | Trade vendor | | | | $1,491.56 |
| Account No. 0115678-IN, 012177-IN <br> ELECTRONIC NETWORK SYSTEM <br> Dept.1078 <br> Denver, CO  80256-1078 | | | Trade vendor | | | | $9,725.56 |

3 of 20 continuation sheets attached

Subtotal ➢ | $731,495.72

Total ➢
(Use only on last page of the completed Schedule F)
(Report also on Summary of Schedules)

4

In re MERIDIAN HEALTH CARE MANAGEMENT, INC., a Delaware corporation

Case No. 06-_____

Debtor

(If known)

## SCHEDULE F – CREDITORS, HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITORS NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 0015866-IN, 0018151-IN<br>EXECUTIVE ENVELOPES<br>8560 Vineyard Avenue<br>Rancho Cucamonga, CA  91730 | | | Trade vendor | | | | $19,665.17 |
| Account No. 8159-9231 & 8159-9230<br>Executive Risk Indemnity Company<br>Chubb Group of Insurance Companies<br>15 Mountain View Road<br>Warren, NJ 07059 | | | Insurance Provider | X | X | | Unknown |
| Account No. 102117<br>EXTRA EXPRESS<br>P.O. BOX 5100<br>Cerritos, CA  90703-5100 | | | Trade vendor | | | | $25.78 |
| Account No. 336167377, 337369439<br>FED EX<br>P.O.  BOX  7221<br>Pasadena, CA  91109-7321 | | | Trade vendor | | | | $9,034.42 |
| Account No. 52654, 69672, 85410 etc<br>FIRST CHOICE<br>P.O. BOX 2211<br>Downey, CA  90242-0211 | | | Trade vendor | | | | $1,291.15 |
| Account No. 00608060<br>FUSIONSTORM<br>P. O. BOX 31001-830<br>Pasadena, CA  91110-0830 | | | Trade vendor | | | | $466.50 |
| Account No.<br>Gamma Enterprise Technologies,<br>6200 Canoga Avenue, Suite 405<br>Woodland Hills, CA 91367 | | | Potential sublease obligations | X | X | | $0.00 |
| Account No. 8333368<br>G.NEIL DIRECT MAIL,INC.<br>P.O. BOX 451179<br>SUNRISE, FL  33345-1179 | | | Trade vendor | | | | $166.73 |
| Account No. 455408-0, 456172-0, 456737-0 etc<br>HARRIS STATIONERS,INC<br>P.O. BOX 64889<br>Los Angeles, CA  90064-4889 | | | Trade vendor | | | | $4,468.58 |

4 of 20 continuation sheets attached

Subtotal ➢ | $15,453.16

Total ➢
(Use only on last page of the completed Schedule F)
(Report also on Summary of Schedules)

5

In re MERIDIAN HEALTH CARE MANAGEMENT, INC., a Delaware corporation                Case No. 06-_____
                                        Debtor                                                          (If known)

# SCHEDULE F – CREDITORS, HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITORS NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No<br>HEALTHLEADERS<br>210 12th Avenue South<br>Nashville, TN  37203 | | | Trade Vendor | | | | $375.00 |
| Account No. 026853, 027163<br>HERSHEY TECHNOLOGIES<br>4225 Executive Square<br>La Jolla, CA  92037 | | | Trade vendor | | | | $1,090.22 |
| Account No. 074278<br>INGENIX<br>P.O. BOX 27116<br>SALT LAKE CITY, UT  84127-0116 | | | Trade vendor | | | | $23,429.64 |
| Account No. LA170328<br>INITIAL TROPICAL PLANTS<br>P.O. BOX 95409<br>Palatine, IL  60095-0409 | | | Trade vendor | | | | $1,040.47 |
| Account No. 010306<br>IPMONITOR CORPORATION<br>15 Gamelin Blvd Suite 500<br>Gatineau, Quebec, Canada  JBY IV4 | | | Trade vendor | | | | $245.00 |
| Account No. 100919404, 100949673, DU69376 etc<br>IRON MOUNTAIN OSDP<br>P.O. BOX 601018<br>LOS ANGELES, CA  90060-1018 | | | Trade vendor | | | | $25.20 |
| Account No. 2142710<br>INFORMATION TECHNOLOGY GR<br>2468 Tapo Canyon Road<br>Simi Valley, CA  93063 | | | Trade vendor | | | | $105.00 |
| Account No. 10491<br>JAM ENTERPRISES<br>5699 Kanan Rd, Suite # 4<br>Agoura Hills, CA  91301 | | | Trade vendor | | | | $90.00 |
| Account No. 16925, 17134, 17247 etc<br>JNR INCORPORATED<br>ATTN: ACCOUNTING<br>IRVINE, CA  92614 | | | Trade vendor | | | | $2,877.39 |

5 of 20 continuation sheets attached

Subtotal ➤  $29,277.92

Total ➤
(Use only on last page of the completed Schedule F)
(Report also on Summary of Schedules)

56689-001\DOCS_LA:150949.7

In re MERIDIAN HEALTH CARE MANAGEMENT, INC., a Delaware corporation    Case No. 06-_____
                   Debtor                                                     (If known)

## SCHEDULE F – CREDITORS, HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITORS NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No 000226581<br>Kaiser Permanente<br>File 5915<br>Los Angeles, CA 90074<br>Attn: Marvin Uzqueda, Acct Manager | | | Insurance Provider | X | X | | Unknown |
| Account No. 5700, 8372, 9573-C<br>Key Information System<br>22120 Clarendon St.<br>Woodland Hills, CA 91367 | | | Trade vendor | | | | $52,872.44 |
| Account No. 2006-01, 2006-02<br>Language Line Services<br>P.O. Box 16012<br>Monterey, CA 93942-6012 | | | Trade vendor | | | | $4,762.53 |
| Account No.<br>Mercer Health & Benefits<br>777 South Figueroa Street<br>Los Angeles, CA 90017 | | | Insurance Broker Services | | | | $1,554.8 |
| Account No. MICROSH<br>Micro Shred<br>P.O. Box 9595<br>Canoga Park, CA 91309 | | | Trade vendor | | | | $1,554.8 |
| Account No. 7429<br>Monarch Merchandising<br>2245 First St., #107<br>Simi Valley, CA 93065 | | | Trade vendor | | | | $178.99 |
| Account No. 10P260 & 80P260<br>MWB Business Systems<br>5700 Warland Drive<br>Cypress, CA 90630 | | | Trade vendor | X | X | | $12,382.16 |
| Account No. B-586899<br>New Edge Networks<br>Unit 8<br>Portland, OR 97208-4900 | | | Trade vendor | | | | $2,774.63 |
| Account No. 20052251<br>NIH Research<br>6300 Northwest 120th Dri<br>Coral Springs, FL 33076 | | | Trade vendor | | | | $15,000.00 |
| Account No. 4180<br>Pinnacle Business Systems<br>609 South Kelly Avenue.<br>Edmond, OK 73003 | | | Trade vendor | | | | $656.25 |

6 of 20 continuation sheets attached

Subtotal ➢    $91,736.60

Total ➢
(Use only on last page of the completed Schedule F)
(Report also on Summary of Schedules)

In re MERIDIAN HEALTH CARE MANAGEMENT, INC., a Delaware corporation
             Debtor

Case No. 06-_____
      (If known)

## SCHEDULE F – CREDITORS, HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITORS NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. JA03B<br>Pitney Bowes, Inc.<br>P.O. Box 856390<br>Louisville, KY 40285-6390 | | | Trade vendor | | | | $3,221.37 |
| Account No.<br>Postini, Inc.<br>PO Box 826195<br>Philadelphia, PA 19182-6195 | | | Trade vendor | | | | $432.00 |
| Account No. 013106, 022806, 30233522<br>Purchasse Power<br>P.O. Box 856042<br>Louisville, KY 40285-6042 | | | Trade vendor | | | | $45,030.08 |
| Account No. 65459<br>Quadrant Software<br>P.O. Box 200<br>Mansfield, MA 02048 | | | Trade vendor | | | | $11,440.20 |
| Account No. 1264363, 1264577, 1265259<br>Rhinotek Computer Product<br>P O Box 6205<br>Carson, CA 90749 | | | Trade vendor | | | | $2,000.32 |
| Account No.N/A<br>Robert Half Technology<br>File 73484 PO Box 60000<br>San Francisco, CA 94160-3484 | | | Trade vendor | | | | $1,400.00 |
| Account No. 157703<br>SafeGuard Health Plans, Inc.<br>95 Enterprise, Suite 100<br>Aliso Viejo, CA 92656-2605<br>or<br>SafeGuard<br>P.O. Box 30930<br>Laguna Hills, CA 92654-0930 | | | Health Plan Services | X | X | | $35,000.01 |
| Account No. 011906, 021906, 032006<br>Brian Sato<br>1223 Paseo Sombra<br>San Dimas, CA 91773 | | | Fees for Consulting Services | | | | $35,000.01 |
| Account No. 021606, 020706, 010106<br>SBC<br>Payment Center<br>Sacramento, CA 95887-0001 | | | Utilities | | | | $9,759.60 |
| 7 of 20 continuation sheets attached | | | | | | Subtotal ➢ | $143,283.59 |
| | | | | | | Total ➢<br>(Use only on last page of the completed Schedule F)<br>(Report also on Summary of Schedules) | |

8

In re MERIDIAN HEALTH CARE MANAGEMENT, INC., a Delaware corporation          Case No. 06-_____
           Debtor                                                         (If known)

# SCHEDULE F – CREDITORS, HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITORS NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 020706, 030706, 120705 etc<br>SBC CHICAGO<br>Bill Payment Center<br>Saginaw, MI 48663-0003 | | | Utilities | | | | $224.34 |
| Account No. 030406<br>SBC LONG DISTANCE<br>P.O. Box 660688<br>Dallas, TX 75266-0688 | | | Utilities | | | | $2,205.07 |
| Account No. 020506, 030506, 120505 etc<br>SBC PACIFIC BELL<br>Sacramento, CA 95887-0001 | | | Utilities | | | | $3,273.61 |
| Account No. 010106<br>SERENA SOFTWARE, INC.<br>PO Box 201448<br>Dallas, TX 75320-1448 | | | Trade vendor | | | | $33,148.20 |
| Account No. 123652, 123786, 12388 etc<br>SERVICEMASTER CBM<br>708 W. Betteravia,<br>Santa Maria, CA 93455 | | | Trade vendor | | | | $636.00 |
| Account No. 0046037, 0064324, 0082148<br>SMART & FINAL<br>P.O. Box 910948<br>Los Angeles, CA 90091-0948 | | | Trade vendor | | | | $408.42 |
| Account No. 1003336<br>SOFT CHOICE<br>P.O. Box 18892<br>Newark, NJ 07191-8892 | | | Trade vendor | | | | $2,733.04 |
| Account No. 2159249<br>STEPTOE & JOHNSON, LLP<br>Accounting Department<br>Washington, DC 20036-1795 | | | Professional Services | | | | $2,161.25 |

8 of 20 continuation sheets attached

                                           Subtotal ➤ | $44,789.93

Total ➤
(Use only on last page of the completed Schedule F)
(Report also on Summary of Schedules)

9

In re MERIDIAN HEALTH CARE MANAGEMENT, INC., a Delaware corporation    Case No. 06- _____
                   Debtor                                                         (If known)

## SCHEDULE F – CREDITORS, HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITORS NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 151739613, 151763939<br>Sungard Availability Serv<br>P.O. Box 91233<br>Chicago, IL  60693 | | | Trade vendor | | | | $30,080.00 |
| Account No.  Unknown<br>Sysco Food Srvcs of Los Angeles, Inc.<br>20701 E. Currier Road<br>Walnut, CA  91789-2904 | | | Trade vendor | | | | $0.00 |
| Account No.<br>The Permanente Company, LLC<br>1800 Harrison St., 22nd Fl.<br>Oakland, CA 94612 | | | Joint Venture | X | X | | Unknown |
| Account No. 4019237, 4019275<br>TIBCO Software, Inc.<br>Dept 33142 P.O. Box 3900<br>San Francisco, CA  94139-3142 | | | Trade vendor | | | | $35,058.60 |
| Account No.  0873257-CA<br>US Healthworks Med. Grp.<br>P.O. Box 50042<br>Los Angeles, CA  90074 | | | Trade vendor | | | | $45.00 |
| Account No. 031906<br>Verizon California<br>P.O Box 9688<br>Mission Hills, CA  91346-9688 | | | Utilities | | | | $1,038.69 |
| Account No. 3100, 3146<br>Versata, Inc.<br>300 Lakeside Drive, Suite 1<br>Oakland, CA  94612 | | | Trade vendor | | | | $115,220.00 |
| Account No. 4136, 5098, 5111 etc<br>VIP Office Supplies<br>1226 Warner Ave., #302<br>Los Angeles, CA  90024 | | | Trade vendor | | | | $464.39 |
| Account No. 070505<br>Warner Center TMO<br>6400 Canoga Avenue<br>Woodland Hills, CA  91367 | | | Trade vendor | | | | $2,100.00 |
| Account No. 1947331, 1960352, 1975227<br>Webex Communications, Inc.<br>P.O.ox 49216<br>San Jose, CA  95161-4926 | | | Trade vendor | | | | $4,878.60 |

9 of 20 continuation sheets attached

Subtotal ➤     $158,805.28

Total ➤
(Use only on last page of the completed Schedule F)
(Report also on Summary of Schedules)

In re MERIDIAN HEALTH CARE MANAGEMEN , INC., a Delaware corporation
Debtor

Case No. 06-_____
(If known)

## SCHEDULE F – CREDITORS, HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITORS NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. W0339-1<br>Xpolog Ltd<br>Bank Swift Code-Poalilit<br>Israel, 0  755224 | | | Trade vendor | | | | $1,000.00 |
| Account No. EST0001053<br>ZZYZX Peripheral, Inc.<br>P.O Box 881087<br>San Diego, CA  92168-1087 | | | Trade vendor | | | | $4,690.00 |
| Account No. A2064582286<br>Transcontinental Insurance Company<br>CNA Plaza<br>Chicago IL  60685 | | | Insurance Provider | X | X | | Unknown |
| Account No.<br>TrizecHahn Warner Center LLC<br>c/o TrizecHahn Office Properties, Inc.<br>725 S. Figueroa St., Ste. 1800<br>Los Angeles, CA  90017 | | | Landlord | X | X | | Unknown |
| Account No.  Policy No. 549023 001<br>UnumProvident Corporation<br>1 Fountain Square<br>Chattanooga, TN  37402 | | | Life Insurance | X | X | X | Unknown |
| Account No. MHCM #134426<br>PayChex – 401(k)<br>Smith Barney – Money Manager<br>100 N. Westlake Blvd., #100<br>Westlake Village, CA 91362<br>and<br>PayChex – 401(k)<br>6345 Balboa Blvd. Bldg 1, Suite 208<br>Encino, CA 91316 | | | Payroll Services and 401k Services | X | X | | Unknown |
| Account No. NHP 618899<br>RSUI Indemnity Company<br>945 E. Paces Ferry Road, Suite 1800<br>Atlanta, GA  30326 | | | Insurance Provider | X | X | | Unknown |
| Account No. BC347480<br>**Northridge Medical Group c/o**<br>Uzzell S. Branson<br>Law Offices of Uzzell S. Branson III<br>70 South Lake Avenue, Suite 660<br>Pasadena, CA  91101 | | | Law Suit | | X | X | Unknown |

11 of 20 continuation sheets attached

Subtotal ➢ | $5,690.00

Total ➢
(Use only on last page of the completed Schedule F)
(Report also on Summary of Schedules)

11

In re MERIDIAN HEALTH CARE MANAGEMENT, INC., a Delaware corporation

Case No. 06-_____

Debtor

(If known)

# SCHEDULE F – CREDITORS, HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITORS NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. BC348210<br>**6250 Canoga Avenue, LLC** c/o<br>Phillip A. Davis<br>Sheppard Mullin Richter & Hampton<br>333 South Hope Street, 48th Floor<br>Los Angeles, CA  90071-1448 | | | Law Suit | | X | X | Unknown |
| Account No. LC74012<br>**De Lage Landen Fin'l Svcs** c/o<br>Jeannine E. Del Monte<br>Hemar, Rousso & Health, LLP<br>15910 Ventura Blvd., 12th Floor<br>Encino, CA  91436 | | | Law Suit | | X | X | Unknown |
| Account No. BC345617<br>**e4e, Inc.** c/o<br>Bradford C. Lewis<br>Fenwick & West LLP<br>801 California Street<br>Mountain View, CA  94041 | | | Law Suit | | X | X | Unknown |
| Account No.<br>**Heartland Business Credit Corp.** c/o<br>Hutchinson Black and Cook, LLC<br>Christopher W. Ford<br>921 Walnut St., Suite 200<br>Boulder, CO  80302 | | | Potential Law Suit | | X | X | Unknown |
| Account No<br>**Lyon Financial Services** c/o<br>John D. Docken<br>1310 Madrid<br>Marshall, MN  5625 | | | Potential Law Suit | | X | X | Unknown |
| Account No. BC349952<br>**Family/Seniors Medical Grp** c/o<br>Jay D. Christensen<br>Christensen & Auer<br>225 S. Lake Ave., 8th Floor<br>Pasadena, CA  91101 | | | Law Suit | | X | X | Unknown |
| Account No LC074346<br>**Citicorp Vendor Fiannce, Inc. dba CitiCapital** c/o<br>Marsha B. Kerr<br>Solomon, Grindle, Silverman et al<br>12651 High Bluff Drive<br>San Diego, CA  92130 | | | Law Suit | | X | X | Unknown |

12

In re MERIDIAN HEALTH CARE MANAGEMEN ι , ιNC., a Delaware corporation          Case No. 06-_____
                                Debtor                                                                    (If known)

# SCHEDULE F – CREDITORS, HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITORS NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.  4837<br>ACOSTA, FABIAN E<br>11050 TIARA STREET<br>NORTH HOLLYWOOD, CA 91601 | | | Former Employee | | X | | Unknown |

12 of 20 continuation sheets attached

Subtotal ➢ Unknown

Total ➢
(Use only on last page of the completed Schedule F)
(Report also on Summary of Schedules)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Account No.  1478<br>ALBERTO, ANA<br>8807 CORBIN AVE<br>NORTHRIDGE, CA 91324 | | | Former Employee | | X | | Unknown |
| Account No.<br>Michael Alper<br>4238 Prado de los Pajaros<br>Calabasas, CA  91302 | | | Former President of MHCM | | X | X | Unknown |
| Account No.  2801<br>ANG, YVETTE<br>748  MANHATTAN  BEACH  BLVD, APT. A<br>MANHATTAN BEACH, CA 90266 | | | Former Employee | | X | | Unknown |
| Account No.  5663<br>AVILA, HORTENSIA<br>14840 ARARAT ST<br>SYLMAR, CA 91342 | | | Former Employee | | X | | Unknown |
| Account No.  6698<br>BANKS, SARAH A<br>433 1/2 CHARLES ST<br>MOORPARK, CA 93021 | | | Former Employee | | X | | Unknown |
| Account No.  7524<br>BARKER JR, ROY C<br>6322 RESEDA BLVD, APT 205<br>RESEDA, CA 91335 | | | Former Employee | | X | | Unknown |
| Account No.  2962<br>BERRY, EILEEN<br>2646 HARTLAND CIRCLE<br>WESTLAKE VILLAGE, CA 91361 | | | Former Employee | | X | | Unknown |
| Account No.  2901<br>BHOGAL, RAVINDER<br>16650 LASSEN  STREET<br>NORTH HILLS, CA 91343 | | | Former Employee | | X | | Unknown |

13

In re MERIDIAN HEALTH CARE MANAGEMEN , .NC., a Delaware corporation          Case No. 06-_____
_____Debtor_____                              (If known)

# SCHEDULE F – CREDITORS, HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITORS NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 6924<br>BRYER, ALEX<br>20826 HORACE STREET<br>CHATSWORTH, CA 91311 | | | Former Employee | | X | | Unknown |

13 of 20 continuation sheets attached

Subtotal ➤ | Unknown

Total ➤
(Use only on last page of the completed Schedule F)
(Report also on Summary of Schedules)

| CREDITORS NAME, MAILING ADDRESS | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 1605<br>BUSLON, MARITESS<br>8801 INDEPENDENCE AVE, # 22<br>CANOGA PARK, CA 91304 | | | Former Employee | | X | | Unknown |
| Account No. 8688<br>CALILAP, YVETTE<br>8615 MELVIN AVE<br>NORTHRIDGE, CA 91324 | | | Former Employee | | X | | Unknown |
| Account No. 3259<br>CHEEVER, BARBARA<br>1784 NICE AVE<br>GROVER BEACH, CA 93433 | | | Former Employee | | X | | Unknown |
| Account No. 7223<br>CROWLEY, BRIANA N<br>7420 CORBIN AVENUE, UNIT 17<br>RESEDA, CA 91335 | | | Former Employee | | X | | Unknown |
| Account No. 6269<br>DALUPANG, FERNANDO C<br>23401 OXNARD STREET<br>WOODLAND HILLS, CA 91367 | | | Former Employee | | X | | Unknown |
| Account No.<br>Som Das<br>3979 Freedom Cr., 6th Floor<br>Santa Clara, CA 95054 | | | Director of MHCM | | X | | Unknown |
| Account No. 0144<br>EVENS, SANDRA<br>5536 LAS VIRGENES RD, APT 134<br>CALABASAS, CA 91302 | | | Former Employee | | X | | Unknown |
| Account No. 0778<br>FAWCETT, LINDA<br>7755 CAPISTRANO AVE<br>WEST HILLS, CA 91304 | | | Former Employee | | X | | Unknown |

56689-001\DOCS_LA:150949.7

In re MERIDIAN HEALTH CARE MANAGEMEN , .NC., a Delaware corporation        Case No. 06-_____
　　　　　　　　　Debtor                                                                    (If known)

## SCHEDULE F – CREDITORS, HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITORS NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.  1366<br>FIELDING, DANIEL<br>15404 SATICOY ST.<br>VAN NUYS, CA 91406 | | | Former Employee | | X | | Unknown |

14 of 20 continuation sheets attached

Subtotal ➢ | Unknown

Total ➢ | $_____

(Use only on last page of the completed Schedule F)
(Report also on Summary of Schedules)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Account No.  6745<br>FRAZIER, TONYA<br>23712 OAK CIRCLE<br>SANTA CLARITA, CA 91321 | | | Former Employee | | X | | Unknown |
| Account No.  2200<br>GORGORIAN, ANI<br>22644 CASS AVE<br>WOODLAND HILLS, CA 91364 | | | Former Employee | | X | | Unknown |
| Account No.  6664<br>GREER, RAVENNA<br>23712 OAK CIRCLE<br>SANTA CLARITA, CA 91321 | | | Former Employee | | X | | Unknown |
| Account No.  0129<br>HERNANDEZ, LINA<br>20608 WYANDOTTE ST, APT 103<br>WINETTKA, CA 91306 | | | Former Employee | | X | | Unknown |
| Account No.  2518<br>HONGO, GARY<br>7912 BLERIOT AVE<br>LOS ANGELES, CA 90045 | | | Former Employee | | X | | Unknown |
| Account No.  4696<br>JENG, MEI-FANG<br>6748 PHEASANT LANE<br>OAK PARK, CA 91377 | | | Former Employee | | X | | Unknown |
| Account No.  2485<br>JESTER, RICHARD E<br>16025 GAULT ST, APT 18<br>VAN NUYS, CA 91406 | | | Former Employee | | X | | Unknown |

15

In re MERIDIAN HEALTH CARE MANAGEMEN., .NC., a Delaware corporation
                Debtor

Case No. 06-_____
          (If known)

# SCHEDULE F – CREDITORS, HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITORS NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.  9058<br>JOHNSON, REBECCA<br>18705 CHASE ST<br>NORTHRIDGE, CA 91324 | | | Former Employee | | X | | Unknown |

15 of 20 continuation sheets attached

| | | | Subtotal ➢ | | | | Unknown |
|---|---|---|---|---|---|---|---|

Total ➢    $_____
(Use only on last page of the completed Schedule F)
(Report also on Summary of Schedules)

| CREDITORS NAME, MAILING ADDRESS | CODEBTOR | HUSBAND, WIFE | DATE CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.  3204<br>JONES, SONYA<br>18445 VALERIO STREET, APT 214<br>RESEDA, CA 91335 | | | Former Employee | | X | | Unknown |
| Account No.  9449<br>KIKALO, JOHN F<br>9339 CHAPARRAL ROAD<br>WEST HILLS, CA 91304 | | | Former Employee | | X | | Unknown |
| Account No.  8688<br>KRIMSKY, JACKIE<br>5434 ZELZAH AVE, APT 208<br>ENCINO, CA 91316 | | | Former Employee | | X | | Unknown |
| Account No.  8399<br>KURBIKOFF JR, GEORGE A<br>10331 LINDLEY AVE, #211<br>NORTHRIDGE, CA 91326 | | | Former Employee | | X | | Unknown |
| Account No.  1546<br>LA FAYETTE, GARY<br>2352 PLACITA SAN LEANDRO<br>CAMARILLO, CA 93010 | | | Former Employee | | X | | Unknown |
| Account No.  5292<br>LACAMBRA, EYMARD<br>5741 OAKDALE AVE<br>WOODLAND HILLS, CA 91367 | | | Former Employee | | X | | Unknown |
| Account No.  0324<br>LEWIS, MONICA<br>3729 DEGNAN BLVD<br>LOS ANGELES, CA 90018 | | | Former Employee | | X | | Unknown |

56689-001\DOCS_LA:150949.7

In re MERIDIAN HEALTH CARE MANAGEMEN..., NC., a Delaware corporation    Case No. 06-_____
    Debtor    (If known)

## SCHEDULE F – CREDITORS, HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITORS NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 9085<br>LI, YINGKAO<br>2875 LIMESTONE DR<br>THOUSAND OAKS, CA 91362 | | | Former Employee | | X | | Unknown |

16 of 20 continuation sheets attached

Subtotal ➤ | Unknown

Total ➤ | $ _____
(Use only on last page of the completed Schedule F)
(Report also on Summary of Schedules)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Account No. 1832<br>LUCARINI, MELANIE<br>80 TEASDALE<br>THOUSAND OAKS, CA 91360 | | | Former Employee | | X | | Unknown |
| Account No. 4763<br>MANDY, SANDRA<br>5717 TOPEKA<br>TARZANA, CA 91356 | | | Former Employee | | X | | Unknown |
| Account No. 6549<br>MINOR, KARREN B<br>24241 MENTRY DRIVE<br>SANTA CLARITA, CA 91321 | | | Former Employee | | X | | Unknown |
| Account No. 8158<br>MORGANTI, CECELIA K<br>125 COTTAGE GROVE AV<br>CAMARILLO, CA 93012 | | | Former Employee | | X | | Unknown |
| Account No. 4746<br>NAVARRO, WILLIAM S<br>23700 KITTRIDGE ST<br>WEST HILLS, CA 91307 | | | Former Employee | | X | | Unknown |
| Account No. 7964<br>NEWMAN, JOHN<br>11363 DARBY AVE<br>NORTHRIDGE, CA 91326 | | | Former Employee | | X | | Unknown |
| Account No. 7879<br>OCAMPO, ROZANNA<br>21568 HIBISCUS CT<br>SAUGUS, CA 913504432 | | | Former Employee | | X | | Unknown |

17

In re MERIDIAN HEALTH CARE MANAGEMEN... ,NC., a Delaware corporation
               Debtor

Case No. 06-_____
(If known)

# SCHEDULE F – CREDITORS, HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITORS NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 8191<br>ORTIZ, BEATRICE<br>24345 LA GLORITA AVE<br>VALENCIA, CA 91355 | | | Former Employee | | X | | Unknown |

17 of 20 continuation sheets attached

Subtotal ➢    Unknown

Total ➢    $_____
(Use only on last page of the completed Schedule F)
(Report also on Summary of Schedules)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Account No. 7123<br>PALMA, KATHERINE<br>3205 LOS FELIZ BLVD., # 8-200<br>LOS ANGELES, CA 90039 | | | Former Employee | | X | | Unknown |
| Account No. 6352<br>PERKINS, KENISHA<br>843 S MARIPOSA AVE, APT 17<br>LOS ANGELES, CA 90005 | | | Former Employee | | X | | Unknown |
| Account No. 7542<br>PLASENCIA, JOSE LUIS<br>16936 BURBANK BL, APT 120<br>ENCINO, CA 91316 | | | Former Employee | | X | | Unknown |
| Account No. 5380<br>PRIME, ALLAN<br>2659 ALEXANDER AVE<br>PALMDALE, CA 93551 | | | Former Employee | | X | | Unknown |
| Account No. 3334<br>RAMOS, LIZETH ALBA<br>6613 MATILIJA AVE<br>VALLEY GLEN, CA 91405 | | | Former Employee | | X | | Unknown |
| Account No.<br>Murrali Rangarajan<br>3979 Freedom Cr., 6th Floor<br>Santa Clara, CA 95054 | | | Director of MHCM | | X | | Unknown |
| Account No. 3076<br>RHODES, JEFFREY A<br>5221 PATTERSON ST<br>LONG BEACH, CA 90815 | | | Former Employee | | X | | Unknown |
| Account No. 6060<br>RITCHEY, ANN C<br>266 CONCERTO DRIVE<br>OAK PARK, CA 91377 | | | Former Employee | | X | | Unknown |

18

In re MERIDIAN HEALTH CARE MANAGEMEN . . .NC., a Delaware corporation       Case No. 06-_____
                   Debtor                                          (If known)

# SCHEDULE F – CREDITORS, HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITORS NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 6159<br>ROKOS, KENNETH<br>23244 CASS AVE<br>WOODLAND HILLS, CA 91364 | | | Former Employee | | X | | Unknown |

18 of 20 continuation sheets attached

                                                             Subtotal ➢       Unknown

                                                             Total ➢      $_____
(Use only on last page of the completed Schedule F)
(Report also on Summary of Schedules)

| CREDITORS NAME, MAILING ADDRESS | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 5981<br>ROSS, DOLORES<br>839 ALEXANDRA COURT<br>OAK PARK, CA 91377 | | | Former Employee | | X | | Unknown |
| Account No. 8082<br>RUIZ, JOCELYN V JUAN<br>2011 PENINSULA RD<br>OXNARD, CA 93035 | | | Former Employee | | X | | Unknown |
| Account No. 6416<br>SANTA CRUZ, JOSE ROBERTO<br>9158 BURNET AVE<br>NORTH HILLS, CA 91343 | | | Former Employee | | X | | Unknown |
| Account No. 0643<br>SANTIAGO, JAYBEE<br>25620 MESQUITE CR<br>VALENCIA, CA 91381 | | | Former Employee | | X | | Unknown |
| Account No. 8819<br>SARMIENTO, DAISY<br>7748 SALE AVENUE<br>WEST HILLS, CA 91304 | | | Former Employee | | X | | Unknown |
| Account No. 8418<br>THERIAULT, MICHELLE<br>11349 YOLANDA AVE<br>NORTHRIDGE, CA 91326 | | | Former Employee | | X | | Unknown |
| Account No. 1173<br>TRACY, KEVIN<br>1035 FELDER ST<br>GARDENA, CA 90248 | | | Former Employee | | X | | Unknown |

In re MERIDIAN HEALTH CARE MANAGEMEN , .NC., a Delaware corporation     Case No. 06-_____
_____
Debtor                                                              (If known)

# SCHEDULE F – CREDITORS, HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITORS NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.  5073<br>VELEZ, MARIBEL<br>18004 FLYNN DR, UNIT 6203<br>CANYON COUNTRY, CA 91387 | | | Former Employee | | X | | Unknown |

19 of 20 continuation sheets attached

| | | | Subtotal ➢ | | | | Unknown |
|---|---|---|---|---|---|---|---|
| | | | Total ➢<br>(Use only on last page of the completed Schedule F)<br>(Report also on Summary of Schedules) | | | | $_____ |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Account No.  0449<br>WATKINS, WALTER<br>PO BOX 1417<br>INYOKERN, CA 93527-1417 | | | Former Employee | | X | | Unknown |
| Account No.  9905<br>WATTS, LA WANDA<br>6700 INDEPENDENCE AVE, #295<br>CANOGA PARK, CA 91303 | | | Former Employee | | X | | Unknown |
| Account No.  7345<br>WEINBERG, JOEL M<br>5745 INDIAN POINTE DR<br>SIMI VALLEY, CA 93063 | | | Former Employee | | X | | Unknown |
| Account No.<br>WU, ALICE S<br>6625 OAK FOREST DR<br>OAK PARK, CA 91377 | | | Former Employee | | X | | Unknown |
| Account No.  1311<br>ZACCARDO, PATRICK M.<br>20000 NORTHCLIFF DR<br>CANYON COUNTRY, CA 91351 | | | Former Employee | | X | | Unknown |
| Account No.  0631<br>ZAMORA, GILBERT<br>3962 COCHRAN ST, #68<br>SIMI VALLEY, CA 93063 | | | Former Employee | | X | | Unknown |
| Account No.  9907<br>ZUNIGA, MARIA T<br>14727 MAGNOLIA BLVD<br>UNIT 104<br>SHERMAN OAKS, CA 91403 | | | Former Employee | | X | | Unknown |

56689-001\DOCS_LA:150949.7

In re MERIDIAN HEALTH CARE MANAGEMEN ...NC., a Delaware corporation          Case No. 06-_____
                    Debtor                                                                    (If known)

## SCHEDULE F – CREDITORS, HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITORS NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| 20 of 20 continuation sheets attached | | | Subtotal ➢ | | | | Unknown |
| | | | Total ➢ (Use only on last page of the completed Schedule F) (Report also on Summary of Schedules) | | | | $1,482,643.25 |

56689-001\DOCS_LA:150949.7