Steven T. Gubner - Bar No. 156593
Richard D. Burstein - Bar No. 56661
EZRA BRUTZKUS GUBNER LLP
21650 Oxnard Street, Suite 500
Woodland Hills, CA 91367
Telephone: 818.827.9000
Facsimile: 818.827.9099
Email: sgubner@ebg-law.com
rburstein@ebg-law.com

Attorneys for David R. Hagen, Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA, SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re<br><br>MERIDIAN HEALTH CARE MANAGEMENT, INC., a Delaware Corporation,<br><br>Debtor. | Case No. 1:06-bk-10733-GM<br><br>Chapter 7<br><br>**STIPULATION RE EXTENSION OF DEADLINES IN ORDER GRANTING MOTION FOR RELIEF FROM STAY** |

It Is Hereby Stipulated, by and between the parties hereto, through their respective counsel, as follows:

1) On March 19, 2009 Michael Alper brought on before this Court for hearing a motion for relief from stay ("Stay Relief Motion") seeking permission to proceed against RSUI Indemnity Company, pursuant to policy number HP 618899, to pay his legal fees and costs, as more fully set forth in the Stay Relief Motion.

2) On April 13, 2009, this Court entered its Order granting the Stay Relief Motion ("Stay Relief Order"), but staying the effect of the Stay Relief Order as provided at paragraph 2 on Exhibit 1 thereof. The Trustee has timely filed a declaratory relief adversary proceeding as described at paragraph 2 (a) on Exhibit 1 of the Stay Relief Order. In order to avoid unnecessary expense, to explore the possibility of settlement, to permit the trustee's declaratory relief adversary proceeding to become fully at issue, the parties hereto stipulate and request that the

-1-

1  additional deadline for further relief to be obtained by the trustee to continue the stay on the
2  effectiveness of the Stay Relief Order (set forth in paragraph 2 (b) of Exhibit I thereof) be
3  extended for two months, from June 30, 2009 to and including August 31, 2009, or such other
4  date as the Court deems proper.

6  Dated: June 12, 2009

   EZRA BRUTZKUS GUBNER LLP

   By: _____
   Richard D. Burstein
   Attorneys for David R. Hagen, Chapter 7 Trustee

11 Dated: June 12, 2009

   ERVIN, COHEN & JESSUP LLP

   By: _____
   Howard I. Camhi
   Attorneys for Michael Alper

26  131912

| In re: MERIDIAN HEALTH CARE MANAGEMENT, INC., a Delaware Corporation,<br><br>Debtor(s). | CHAPTER 7<br><br>CASE NUMBER 1:06-bk-10733-GM |
|---|---|

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: **21650 Oxnard Street, Suite 500, Woodland Hills, California 91367**

A true and correct copy of the foregoing document described **STIPULATION RE EXTENSION OF DEADLINES IN ORDER GRANTING MOTION FOR RELIEF FROM STAY** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On June 15, 2009 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

United States Trustee          ustpregion16.wh.ecf@usdoj.gov
Howard I. Camhi, Esq.          hcamhi@ecjlaw.com

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On June 15, 2009 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

Presiding Judge                          Chapter 7 Trustee
Hon. Geraldine Mund                      David R. Hagen
United States Bankruptcy Court           Merritt & Hagen
21041 Burbank Blvd., Suite 342           6320 Canoga Avenue, Suite 1400
Woodland Hills, Ca 91367                 Woodland Hills, CA 91367

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| June 15, 2009 | Jennifer Long | [signature] |
|---|---|---|
| Date | Type Name | Signature |

-3-